Dismissed and Memorandum Opinion filed December 13, 2007








Dismissed
and Memorandum Opinion filed December 13, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00405-CV

____________

 

In the Interest of C.S. a Child

 



 

On Appeal from 308th District Court

Harris County, Texas

Trial Court Cause No.
2006-41429

 



 

M E M O R
A N D U M  O P I N I O N

This is
an appeal from a judgment signed April 11, 2007.  The clerk=s record was filed on June 22, 2007. 
The reporter=s record was filed June 11, 2007.  No brief was filed.

On
September 27, 2007, this Court issued an order stating that unless appellant
submitted his brief, together with a motion reasonably explaining why the brief
was late, on or before October 29, 2007, the Court would dismiss the appeal for
want of prosecution.  See Tex. R.
App. P. 42.3(b).

Appellant
filed no response.

Accordingly,
the appeal is ordered dismissed.

 








PER
CURIAM

Judgment rendered and Memorandum Opinion filed
December 13, 2007.

Panel consists of Justices Fowler, Frost, and Seymore.